

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 15, 2021

**By ECF, E-mail and First Class Mail**
Leonard L. Gordon, Esq.
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
LLGordon@Venable.com

Jeffrey Lichtman, Esq.
Law Offices of Jeffrey Lichtman
11 East 44th Street, Suite 501
New York, New York 10017
jl@jeffreylichtman.com

      Re:    *United States of America v. Cartisim Corporation and Simon Ebrani*, Civil Action No. 21-CV-212 (Brown, J.) (Tiscione, M.J.)

           *United States of America v. Just in Time Tickets, Inc. and Evan Kohanian*, Civil Action No. 21-CV-215 (Brown, J.) (Lindsay, M.J.)

Dear Mr. Gordon and Mr. Lichtman:

      The undersigned is an assigned Assistant United States Attorney in the above-referenced actions brought pursuant to the Federal Trade Commission Act, 15 U.S.C. §§ 45(m)(1)(A), 53(b), 56(a), and 57b, and the Better Online Ticket Sales Act, 15 U.S.C. § 45(c). The above-referenced cases are assigned to the Honorable Gary R. Brown, United States District Judge. Notice is hereby given that the undersigned attorney served as a judicial law clerk to Judge Brown from September 2014 to August 2016 and September 2019 to August 2020.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/ Kevin Yim
      Kevin Yim
      Assistant U.S. Attorney
      (718) 254-6186
      kevin.yim@usdoj.gov